**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TERESA CHRISTMA SPEIGHTS,

    Plaintiff,

-vs-                                              Case No. 3:13-cv-1016-J-34PDB

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Dkt. No. 18; Report), entered on May 12, 2014. In the Report, Magistrate Judge Barksdale recommends that Defendant's Motion to Dismiss (Dkt. No. 14) be denied, and that Defendant be directed to file an answer within 60 days of the Court's order. See Report at 5. Neither party has filed an objection to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 18) of Magistrate Judge Barksdale is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss (Dkt. No. 14) is **DENIED**.

3. Defendant shall file an answer on or before **August 4, 2014**.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of June, 2014.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record